IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 07-662-3 |
| LINH DAI<br>USM#62599-066 | : |

## ORDER

**AND NOW** this 6th day of May, 2015, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 120 months, effective November 1, 2015.

BY THE COURT:

*Mary A. McLaughlin*
The Honorable Mary A. McLaughlin
United States District Court Judge

cc: U.S. MARSHAL
PROBATION